In the Matter of ABERDEEN GARAGE, INC., Appellant, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

Argued May 20, 1940; decided June 4, 1940.

*Arthur Miller* for appellant.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.